SAXENA WHITE P.A.
Maya Saxena
Joseph E. White, III
Lester R. Hooker (241590)
5200 Town Center Circle
Suite 601
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
          jwhite@saxenawhite.com
          lhooker@saxenawhite.com

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (#270796)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
E-mail: RProngay@glancylaw.com

*Proposed Local Counsel for Movants*

-and-

Steven B. Singer
4 West Red Oak Lane, Suite 312
White Plains, New York 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com

*Proposed Lead Counsel for Movants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HEED, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC., ALAN B. MILLER, and STEVE FILTON,<br><br>Defendants. | No. 2:16-CV-09499-PSG-JC<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT OF THE MOTION OF THE LOCAL 456 FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**<br><br>DATE: April 24, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 6A<br>JUDGE: Hon. Philip S. Gutierrez |

I, Joseph E. White, III, declare as follows:

1. I am a shareholder of the law firm of Saxena White P.A., counsel for proposed Lead Plaintiff, the Teamsters Local 456 Pension Fund ("Local 456 Pension") and the Teamsters Local 456 Annuity Fund ("Local 456 Annuity" and, together with Local 456 Pension, the "Local 456 Funds" or "Movants"). I submit this declaration in support of the motion of the Local 456 Funds for appointment as Lead Plaintiff and for approval of their selection of Lead Counsel and Local Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of a press release published on December 23, 2016 on Business Wire, a well-known, national, business-oriented publication, announcing the pendency of the lawsuit against Defendants.

3. Attached hereto as Exhibit B are the true and correct certifications of the Local 456 Funds setting forth their transactions in Universal Health Services, Inc. ("Universal Health" or the "Company") securities during the Class Period.

4. Attached hereto as Exhibit C are charts setting forth the losses of the Local 456 Funds in connection with their transactions in Universal Health securities during the Class Period.

5. Attached hereto as Exhibit D is the firm biography of proposed Lead Counsel, Saxena White P.A.

6. Attached hereto as Exhibit E is the firm biography of proposed Local Counsel, Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct. Executed this 21st day of February, 2017 at Boca Raton, Florida.

_____
Joseph E. White, III

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 21, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2017, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 2:16-cv-09499-PSG-JC David Heed v. Universal Health Services Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`