| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 2 | DANIELLE S. MYERS (259916) |
| | 655 West Broadway, Suite 1900 |
| 3 | San Diego, CA  92101-8498 |
| | Telephone:  619/231-1058 |
| 4 | 619/231-7423 (fax) |
| | dmyers@rgrdlaw.com |
| 5 | |
| | [Proposed] Lead Counsel for Plaintiff |
| 6 | |
| | [Additional counsel appear on signature page.] |
| 7 | |

8         UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA

10        WESTERN DIVISION

| | | |
|---|---|---|
| 11 | DAVID HEED, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 2:16-cv-09499-PSG-JC |
| 12 | ) | CLASS ACTION |
| | Plaintiff, ) | |
| 13 | ) | NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| | vs. ) | |
| 14 | ) | |
| | UNIVERSAL HEALTH SERVICES, ) | |
| 15 | INC., et al., ) | |
| | ) | |
| 16 | Defendants. ) | DATE:    April 24, 2017 |
| | ) | TIME:    1:30 p.m. |
| 17 | | CTRM:    6A |
| | | JUDGE:   Hon. Philip S. Gutierrez |
| 18 | | |

1237500_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on April 24, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Philip S. Gutierrez, Courtroom 6A, 350 West First Street, Los Angeles, CA, 90012, the Labourers' Pension Fund of Central and Eastern Canada (the "Pension Fund") will and hereby does move this Court for an order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), appointing the Pension Fund as lead plaintiff and approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as lead counsel.[1]  This Motion is made on the grounds that the Pension Fund is the presumptive lead plaintiff.  In support of this Motion, the Pension Fund submits the accompanying Memorandum of Law, the Declaration of Danielle S. Myers and a [Proposed] Order.

DATED: February 21, 2017    ROBBINS GELLER RUDMAN
                                                                      & DOWD LLP
                                                        DANIELLE S. MYERS

                                                        s/ Danielle S. Myers
                                                        DANIELLE S. MYERS

                                                      655 West Broadway, Suite 1900
                                                      San Diego, CA 92101-8498
                                                      Telephone: 619/231-1058
                                                      619/231-7423 (fax)

                                                      [Proposed] Lead Counsel for Plaintiff

---

[1] Pursuant to Local Rule 7-3, the undersigned counsel conferred with plaintiff's counsel regarding the substance of this Motion and is informed that plaintiff's counsel reserves the right to object to this Motion once all motions have been filed. Defendants do not appear to have been served and no counsel has appeared for any defendant. Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Pension Fund cannot determine which other parties, if any, will also seek appointment as lead plaintiff until after the deadline expires on February 21st. Accordingly, the Pension Fund's counsel respectfully requests that compliance with Local Rule 7-3 be waived as to defense counsel and the unknown movants.

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KOSKIE MINSKY LLP
MICHAEL MAZZUCA
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3
Telephone:  416/977-8353
416/977-3316 (fax)

Additional Counsel for Plaintiff

- 2 -

1237500_1

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 21, 2017.

     s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    dmyers@rgrdlaw.com

1237500_1

# Mailing Information for a Case 2:16-cv-09499-PSG-JC David Heed v. Universal Health Services Inc et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`