| | |
|---|---|
| **GOLDBERG LAW PC** | **LABATON SUCHAROW LLP** |
| Michael Goldberg (#188669) | Christopher J. Keller |
| Brian Schall (#290685) | Eric J. Belfi |
| 1999 Avenue of the Stars, Suite 1100 | Francis P. McConville |
| Los Angeles, California 90067 | 140 Broadway |
| Telephone: (800) 977-7401 | New York, New York 10005 |
| Facsimile: (800) 536-0065 | Telephone: (212) 907-0700 |
| Email: info@goldberglawpc.com | Facsimile: (212) 818-0477 |
| | Email: ckeller@labaton.com |
| *Proposed Liaison Counsel for the Class* | ebelfi@labaton.com |
| | fmcconville@labaton.com |
| | *Counsel for the City of Providence and Proposed Lead Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

---

DAVID HEED, Individually and on Behalf of All Others Similarly Situated,

           Plaintiff,

v.

UNIVERSAL HEALTH SERVICES, INC., ALAN B. MILLER, and STEVE FILTON,

           Defendants

: No. 16-cv-09499-PSG-JC
:
: **NOTICE OF MOTION AND**
: **MOTION OF THE CITY OF**
: **PROVIDENCE FOR**
: **APPOINTMENT AS LEAD**
: **PLAINTIFF AND APPROVAL OF**
: **SELECTION OF COUNSEL**
:
: Date:           April 24, 2017
: Time:          1:30 p.m.
: Courtroom: 6A
: Judge:         Hon. Philip S. Gutierrez

---

NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 16-cv-09499-PSG-JC

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on April 17, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Philip S. Gutierrez, Courtroom 6A, 6th Floor, United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012-4565, Proposed Lead Plaintiff the City of Providence ("Providence") will and hereby does move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Providence as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of a Class of all persons who purchased Universal Health, Inc. securities between February 26, 2015 and December 7, 2016, both dates inclusive; (2) approving Providence's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper (the "Motion").[1]

This Motion is made on the grounds that Providence believes it is the "most adequate plaintiff" under the PSLRA, and should therefore be appointed Lead Plaintiff. Specifically, Providence believes it has the "largest financial interest" in the relief sought by the Class in the Action. Providence also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims

---

[1] Local Rule 7-3 requires a conference of counsel prior to filing motions. Because of the PSLRA's procedure whereby any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" may file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Providence will not know which other Class members, if any, will seek appointment as lead plaintiff until after motions are filed on February 21, 2017. Accordingly, Providence respectfully request that Local Rule 7-3's conferral requirement be waived in this narrow instance.

are typical of other Class members' claims, and because it will fairly and adequately represent the Class.  Further, Providence is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation who will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Michael Goldberg filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Providence respectfully requests that the Court: (1) appoint Providence as Lead Plaintiff; (2) approve its selection of Labaton Sucharow as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated:  February 21, 2017                          Respectfully submitted,

**GOLDBERG LAW PC**

By:      s/ Michael Goldberg
Michael Goldberg (#188669)
Brian Schall (#290685)
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone:  (800) 977-7401
Facsimile:  (800) 536-0065
Email: info@goldberglawpc.com

*Proposed Liaison Counsel for the Class*

| | |
|---|---|
| 1 | Christopher J. Keller |
| 2 | Eric J. Belfi |
|  | Francis P. McConville |
| 3 | **LABATON SUCHAROW LLP** |
| 4 | 140 Broadway |
|  | New York, New York 10005 |
| 5 | Telephone: (212) 907-0700 |
| 6 | Facsimile: (212) 818-0477 |
|  | Emails: ckeller@labaton.com |
| 7 | ebelfi@labaton.com |
|  | fmcconville@labaton.com |
| 8 | |
| 9 | *Counsel for the City of Providence and* |
| 10 | *Proposed Lead Counsel for the Class* |

NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 16-CV-09499-PSG-JC

3

**CERTIFICATE OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067.

On February 21, 2017, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION OF THE CITY OF PROVIDENCE FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL**

**[PROPOSED] ORDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2017, at Los Angeles, California.

*s/ Michael Goldberg*<br>Michael Goldberg