Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HEED, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC., ALAN B. MILLER, and STEVE FILTON,<br><br>Defendants. | No. 2:16-cv-09499-PSG-JC<br><br>**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF DAVID HEED, DKT. # 10**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Philip S. Gutierrez<br>Hearing Date: April 24, 2017<br>Time: 1:30 p.m.<br>CTRM: 6A - 6th Floor (1st Street) |

1   David Heed ("Movant") having reviewed the competing lead plaintiff
2   motions, does not appear to have the largest financial interest and therefore
3   Movant hereby withdraws his Lead Plaintiff motion, (Dkt. No. 10). This
4   withdrawal shall have no impact on Movant's membership in the proposed class,
5   his right to share in any recovery obtained for the benefit of class members, and
6   his ability to serve as a representative party should the need arise.

Dated:   March 23, 2017          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 23, 2017, I electronically filed the following **NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF DAVID HEED, DKT. # 10** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 23, 2017.

/s/ Laurence Rosen
Laurence M. Rosen