**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker (241590)
5200 Town Center Circle
Suite 601
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
       jwhite@saxenawhite.com
       lhooker@saxenawhite.com

-and-

Steven B. Singer
4 West Red Oak Lane, Suite 312
White Plains, New York 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com

*Proposed Lead Counsel for Movants*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (#270796)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: RProngay@glancylaw.com

*Proposed Local Counsel for Movant*

E-FILED 4/17/17
LINK MOTION #13
TERM MOTION #22 (moot)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HEED, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC., ALAN B. MILLER, and STEVE FILTON,<br><br>    Defendants. | No. 2:16-CV-09499-PSG-JC<br><br><u>CLASS ACTION</u><br><br>**[~~PROPOSED~~] ORDER GRANTING THE MOTION OF THE LOCAL 456 FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**<br><br>DATE: April 24, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 6A<br>JUDGE: Hon. Philip S. Gutierrez |

Having considered the various motions for appointment of Lead Plaintiff and Lead Counsel, including the Motion of the Teamsters Local 456 Pension Fund ("Local 456 Pension") and the Teamsters Local 456 Annuity Fund ("Local 456 Annuity" and, together with Local 456 Pension, the "Local 456 Funds" or "Movants") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel and Local Counsel, filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court hereby ORDERS as follows:

## I.   NEWLY FILED OR TRANSFERRED ACTIONS

1.   When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

   a.   file a copy of this Order in the separate file for such action;

   b.   mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

   c.   make the appropriate entry in the docket for this action.

2.   Each new case arising out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

3.   During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their

possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

## II. APPOINTMENT OF LEAD PLAINTIFF, LEAD COUNSEL AND LOCAL COUNSEL

4. Movants have timely moved the Court to be appointed Lead Plaintiff in the above-referenced litigation (the "Action").

5. Having considered the provisions of 15 U.S.C. § 78u-4(a)(3)(B), and the material submitted by the Local 456 Funds in support of their Motion, the Court hereby concludes that the Local 456 Funds is the "most adequate plaintiff" and that Movants satisfy the requirements of 15 U.S.C. § 78u-4(a)(3)(B). The Court hereby appoints the Local 456 Funds to be the Lead Plaintiff and to represent the interests of the Class.

6. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff has selected and retained the law firms of Saxena White P.A. to serve as Lead Counsel and Glancy Prongay & Murray LLP to serve as Local Counsel. The Court hereby approves the Lead Plaintiff's selection of Saxena White P.A. as Lead Counsel and Glancy Prongay & Murray LLP as Local Counsel.

7. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through other counsel designated by Lead Counsel:

    a. to coordinate the briefing and argument of any and all motions;

    b. to coordinate the conduct of any and all discovery proceedings;

    c. to coordinate the examination of any and all witnesses in depositions;

    d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f. to coordinate all settlement negotiations with counsel for defendants;

    g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

    h. to coordinate the preparation and filings of all pleadings; and

    i. to supervise all other matters concerning the prosecution or resolution of the Action.

  8. No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

  9. Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

  10. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, shall serve as the spokespersons for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.  Lead Counsel shall be the liaison between the Court and plaintiffs and their counsel.

**IT IS SO ORDERED.**

DATED: 4/14/17

            PHILIP S. GUTIERREZ
            _____
            HONORABLE PHILIP S. GUTIERREZ
            UNITED STATES DISTRICT JUDGE