E-FILED-6/20/17

JS-6

| | |
|---|---|
| 1 | **ROBBINS, RUSSELL, ENGLERT,** |
| | **ORSECK, UNTEREINER &** |
| 2 | **SAUBER LLP** |
| | Gary A. Orseck |
| 3 | Kathryn S. Zecca (#178323) |
| | 1801 K Street, NW, Suite 411-L |
| 4 | Washington, DC 20006 |
| | Telephone: (202) 775-4500 |
| 5 | Facsimile: (202) 775-4510 |
| | Email: gorseck@robbinsrussell.com |
| 6 | Email: kzecca@robbinsrussell.com |
| 7 | *Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

```
─────────────────────────────── x
DAVID HEED, Individually and on     : No. 16-cv-09499-PSG-JC
Behalf of All Others Similarly Situated, :
                                    :
              Plaintiff,            : [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TRANSFERRING
                                    : CASE
       v.                           :
                                    :
UNIVERSAL HEALTH SERVICES,          :
INC., ALAN B. MILLER, and STEVE     :
FILTON,                             :
                                    :
              Defendants.           :
─────────────────────────────── x
```

# [PROPOSED] ORDER TRANSFERRING CASE TO THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHEREAS Defendants Universal Health Services, Inc., Alan B. Miller, and Steve Filton ("Defendants") have filed a motion to transfer this case to the United States District Court for the Eastern District of Pennsylvania;

WHEREAS Lead Plaintiffs Teamsters Local 456 Pension Fund and Teamsters Local 456 Annuity Fund ("Lead Plaintiffs") do not oppose the motion;

WHEREAS the Court concludes that the United States District Court for the Eastern District of Pennsylvania would be a more convenient forum for this litigation and that a transfer there would be in the interest of justice;

NOW THEREFORE, the Court orders that this case be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Pennsylvania for all further proceedings.

It is SO ORDERED:

Date: 06/20/17

<u>PHILIP S. GUTIERREZ</u>
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE